IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CT-3259-BO

| | |
|---|---|
| EUGENE DENNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| RALEIGH POLICE DEPARTMENT ) | |
| and OFFICER SYNER, ) | |
| ) | |
| Defendants. ) | |

Plaintiff Eugene Denning ("plaintiff") filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983. On January 22, 2019, the court entered an order directing plaintiff to show cause within 14 days as to why the action should not be dismissed for failure to prosecute. Local Civil Rule 83.3, EDNC. Plaintiff was cautioned that failure to respond to the court's order would result in dismissal of the action without prejudice. The 14-day time period provided has lapsed without response from plaintiff. Thus, this action is DISMISSED without prejudice for failure to prosecute. All pending motions are DENIED as MOOT. The clerk of court is DIRECTED to close this case.

SO ORDERED, this the 13th day of February, 2019.

TERRENCE W. BOYLE
Chief United States District Judge